# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 12-00979-CV-NKL |
| ) | |
| UNITED STATES CURRENCY IN THE ) | |
| AMOUNT OF $15,175.00, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 25, 2012, a verified Complaint for Forfeiture *in Rem* was filed on behalf of the Plaintiff, United States of America, against the Defendant $15,175.00 in United States currency. The Complaint alleges that the Defendant property was furnished or intended to be furnished in exchange for a controlled substance in violation of subchapter I of Chapter 13, Title 21, United States Code, is a proceed traceable to such an exchange, or was used or intended to be used to facilitate the commission of a violation of subchapter I of Chapter 13, Title 21, United States Code, and therefore, is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

Process was fully issued in this action and returned according to law. Pursuant to a warrant for arrest of property issued by this Court, the United States Marshal for the Western District of Missouri arrested said property on August 2, 2012.

The following known potential claimant was served the Notice of Complaint and Complaint for Forfeiture *In Rem* and has acknowledged service thereof: David Rodebaugh.

Any and all other potential claimants have been notified of the action and of their rights to assert a claim for the Defendant property by publication on an official government internet site (www.forfeiture.gov) for at least 30 days, beginning on July 26, 2012, and ending on August 24, 2012. A Declaration of Publication is on file with this Court.

The United States and the claimant David Rodebaugh entered into a stipulation, which is hereby APPROVED as submitted. Pursuant to the stipulation claimant David Rodebaugh agrees to the forfeiture of $10,000.00 of the Defendant $15,175.00. The United States agrees to return $5,175.00 of the Defendant $15,175.00 to the claimant.

No other claims for the Defendant property have been filed and the time within which such claims must have been filed has expired.

Now therefore, on motion of the Plaintiff United States of America for a judgment of forfeiture, it is hereby, ORDERED:

(1) that Plaintiff's Motion for Judgment of Forfeiture is GRANTED, and $10,000.00 of the Defendant $15,175.00 in United States currency is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) to be disposed of according to law;

(2) that Plaintiff shall return $5,175.00 of the Defendant $15,175.00 in United States currency to the claimant David Rodebaugh by direct deposit to an account to be designated by the claimant;

(3) that all other persons claiming any right, title, or interest in or to the Defendant property are held in default;

(4) that all claims and interest in the Defendant property, except as provided herein, are forever foreclosed and barred;

(5)  that each party will bear their own costs;

(6)  that the Clerk of the Court shall enter a judgment consistent with this Order.



                                          s/ Nanette K. Laughrey
                                          NANETTE K. LAUGHREY
                                          United States District Judge

Dated:  April 21, 2014
Jefferson City, Missouri